No. 02–5070.  ATWELL *v.* SMITH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–5071.  McWEE *v.* WELDON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–5072.  MOREAU *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–5073.  WRIGHT *v.* DAVID, SUPERINTENDENT, GREENE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–5074.  WILLIAMS *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–5075.  SEDGWICK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–5076.  SHABAZZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–5077.  SODER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–5078.  ROSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5079.  ZIMMER *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 02–5080.  WALTERS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–5081.  TAYLOR *v.* TURNER, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 02–5082.  YOUNG *v.* HUGHS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–5083.  BOGLE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5084.  BLAJOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.